**STATEMENT OF FACTS**

On February 27, 2019, the Washington Metropolitan Police Department's (MPD) 6th District Crime Suppression Team #8 conducted a traffic stop at 5100 Queen Stroll Place SE, Washington, D.C., on a black in color Audi, DC tag: FY8097. The traffic stop was conducted because the vehicle had dark tint and the tag was not registered.

At the time of the traffic stop there were two occupants within the vehicle, the driver and the front passenger/defendant, VINCENT DONTA MCSWAIN (MCSWAIN), black/male, DOB: xx/xx/xxxx. The driver provided a driver's license and registration document, but a WALES/NCIC check of the vehicle's VIN number still did not return a registration in WALES/NCIC. The driver consented to a search of the vehicle, and both the driver and MCSWAIN were asked to get out of the vehicle and stand at the rear of the vehicle during the search.

During the search of the vehicle, MCSWAIN attempted to walk away from the officers. Officers told MCSWAIN that he was not free to leave during the ongoing traffic stop. An MPD Officer asked MCSWAIN if he had any weapons on him, to which MCSWAIN stated, "I got a gun on me."

A search of MCSWAIN was conducted and located within MCSWAIN's spandex leggings, near his right thigh was a 9mm pistol. The pistol had a silver finish slide, silver barrel, and black polymer grip with a magazine containing ten (10) 9mm rounds of ammunition. The weapon did not have a round loaded within the chamber. The silver slide did not have a serial number and no serial number could be found on the weapon. No identifying information for make or model was found on the firearm. Model number PF940SC was recovered from the receiver of the weapon. This receiver is designed by Polymer80 and is styled for Glock 26 and 27.

A criminal history check was conducted on MCSWAIN through MPD JUSTIS, which revealed MCSWAIN had a prior felony conviction in case number 2008CF3008332.

MCSWAIN was placed under arrest for Carrying a Pistol without a License and transported to 6D for processing, located at 5002 Hayes Street NE, Washington D.C. FBI Agents advised MCSWAIN of his Miranda Rights. MCSWAIN agreed to waive his rights and speak to the Agents without the presence of an attorney. During the course of the interview, MCSWAIN admitted to carrying the firearm and purchasing the firearm for $500 from an unknown male located at Minnesota Avenue NE and Benning Road NE within Washington D.C.

MCSWAIN has a prior felony conviction for Assault with Significant Bodily Injury and Carrying a Pistol without a License, docket number 2008 CF3008332.  He is therefore prohibited him from possessing a firearm or ammunition pursuant to Title 18, U.S.C. Section 922(g), felon in possession of a firearm.  There are no firearms or ammunitions manufacturers in the District of Columbia.

_____
OFFICER GENNADY JULIEN
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF FEBRUARY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE